JOSEPH SGROI, as Administrator, etc., of VINCENT SGROI, Deceased, Respondent, v. DOMINICK PINGITORE and Others, Appellants.— Judgment and order

affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.